PROB 12B
(pswp 1/12)

# UNITED STATES DISTRICT COURT
for
## Western District Of Pennsylvania

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:    Hugo Lopez                          Case Number: 0315 1:10CR00049-001

Name of Sentencing Judicial Officer:    The Honorable Maurice Cohill

Date of Original Sentence:    August 13, 2012

Original Offense:    Possession of Ammunition by a Convicted Felon

Original Sentence:    42 months' imprisonment; 3 years' supervised release

Special Conditions:    See Order of Court dated August 13, 2012

Prior Court History:    6/5/2014 – Report of drug use; Judge Cohill
7/7/2014 – Report of drug use; Judge Cohill
9/4/2014 – Report of drug use; Judge Cohill
1/9/2015 – Report of drug use; Judge Hornak

Type of Supervision:    Supervised Release        Date Supervision Commenced:    9/12/2013

## PETITIONING THE COURT
☐ To extend the term of supervision for years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows: The offender shall be placed at Renewal, Inc. for a period not to exceed 90 days.

The offender shall participate in and successfully complete the United States Probation Office's Intermediate Sanction Program.

### CAUSE

Since his release from imprisonment, the offender has tested positive for the presence of opiates on at least eleven occasions, and he has failed to report for testing on at least two occasions. Mr. Lopez successfully completed an inpatient substance abuse treatment program, and he is currently participating in a weekly outpatient substance abuse treatment program. He has been enrolled in the U.S. Probation Office's Substance Abuse Testing Program since July 14, 2014. The undersigned probation officer has met with the offender frequently, and has utilized other resources for assistance, such as his landlord and employer. Despite these preventative measures, Mr. Lopez continues to use heroin, and has expressed little desire in ceasing this behavior.

On February 5, 2015, Mr. Lopez signed a Probation Form 49, consenting to this modification. Should the Court have any questions, the undersigned officer can be reached at 412-522-5600.

Page 2
LOPEZ, Hugo
Crim. No. 0315 1:10CR00049-001

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by: _Stacey Xander_

Stacey Xander
United States Probation Officer

Approved By: _Wendy Brown_

Wendy Brown
Supervising U.S. Probation Officer

Date: 2/5/2015

THE COURT ORDERS:

☐ No action
☐ The extension of supervision as noted above
☒ The modification of conditions as noted above
☐ Other _____

_Maurice B. Cohill Jr._
Signature of Judicial Officer

_Feb. 6, 2015_
Date

PROB 49
(3/89)

# United States District Court

## Western District of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The offender shall be placed at Renewal, Inc. for a period not to exceed 90 days.**

**The offender shall participate in and successfully complete the United States Probation Office's Intermediate Sanction Program.**

Witness: _Stacey Xander_     Signed: _Hugo López_
Stacey Xander                                Hugo López
United States Probation Officer          Supervised Releasee

_2/5/2015_
Date