IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 10-49 Erie |
| | ) | |
| HUGO LOPEZ | ) | |

**ORDER APPOINTING**
**FEDERAL PUBLIC DEFENDER**

AND NOW, this __21st__ day of March, 2016, the Court being satisfied that the above named individual is financially unable to obtain counsel and said individual not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1500 Liberty Center, 1001 Liberty Avenue, Pittsburgh, PA 15222, telephone number (412) 644-6565, is hereby appointed as counsel in all matters pertaining to this supervised release matter.

PRIMARY COUNSEL:   Linda E.J. Cohn
                                    Assistant Federal Public Defender


_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge